IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 12- 23 |
| HAKEEM BROWN, | ) ) ) |
| Defendant. | ) ) REDACTED |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

1. At all times material to this Indictment, Sharp Shooters was a business engaged in purchasing articles and commodities in interstate commerce.

2. On or about February 24, 2012, in the District of Delaware, defendant HAKEEM BROWN did attempt to obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant HAKEEM BROWN did attempt to unlawfully take and obtain personal property consisting of United States currency from the person and in the presence of J.A., against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person and to property in his custody and possession.

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO

3. Paragraphs 1 and 2 are realleged and incorporated by reference herein.

4. On or about February 24, 2012, in the District of Delaware, defendant HAKEEM BROWN did knowingly possess a firearm, that is a Ruger model SR40C, .40 caliber semi-automatic handgun, serial number 343-10381, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act robbery as described in Count One of the Indictment as incorporated fully herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

5. On or about February 24, 2012, in the District of Delaware, defendant HAKEEM BROWN did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

6. On or about February 24, 2012, in the State and District of Delaware, defendant HAKEEM BROWN did knowingly possess in and affecting interstate commerce a firearm, that is, a Ruger model SR40C, .40 caliber semi-automatic handgun, serial number 343-10381, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the United States District Court for the District of Delaware (09-CR-0028-GMS), in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

### Forfeiture Allegation for Count One

Upon conviction of the offense alleged in Count One of this Indictment, defendant HAKEEM BROWN, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461 any property which constitutes or is derived from proceeds traceable to the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

## Forfeiture Allegations for Counts Two and Four

Upon conviction of the offense(s) alleged in Counts Two, Four, and Five of this Indictment, defendant HAKEEM BROWN, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and 26 U.S.C. § 5872, all firearms and ammunition involved in the commission of the offense, including but not limited to: (1) a Ruger model SR40C, .40 caliber semi-automatic handgun, serial number 343-10381; and (2) approximately twenty-four (24) rounds of .40 caliber ammunition.

## Forfeiture Allegation for Count Three

Upon conviction of the controlled substance offense alleged in Count Three of the Indictment, defendant HAKEEM BROWN, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the

commission of the said violation, including, but not limited to: (1) $2,253.00 in United States currency.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

CHARLES M. OBERLY, III
United States Attorney

By: _____
Jamie M. McCall
Assistant U.S. Attorney

Dated April 12, 2012